**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Pioneer Wireline Services, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Go Wireline LLC, Mark H Gjovig, and Arlan E. Arneson, | ) ) | |
| | ) | Case No. 4:11-cv-049 |
| Defendants. | ) | |

On June 6, 2011, the parties filed a Stipulation for Remand to State Court. The court **ADOPTS** the parties' stipulation (Docket No. 5) and **ORDERS** that the above-entitled action be remanded state district court where it originally commenced, the district court for Cass County, State of North Dakota.

**IT IS SO ORDERED.**

Dated this 7th day of June, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court